# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARRYL L. JONES,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

Case No. 2:13-cv-01840-GMN-NJK

**ORDER**

    On October 23, 2013, the court dismissed this petition for writ of habeas corpus without prejudice for failure to either pay the filing fee or submit a properly completed application to proceed in forma pauperis (#3), and judgment was entered (#4). About fifteen months later on February 5, 2015, petitioner filed what he styled a supplemental motion to original motion rigged prosecution and trial based on the evidence of the record (#5). Petitioner's purported motion includes some copies of grievances, disciplinary hearing summaries and other documents, along with, from what the court can discern, is some argument regarding ineffective assistance of counsel. This motion appears frivolous, and, in any event, was improperly filed in a closed action. Accordingly, petitioner's motion is denied. Petitioner is advised that he shall file no further documents in this closed case.

    **IT IS THEREFORE ORDERED** that petitioner's supplemental motion (#5) is **DENIED**.

    Dated this 14th day of May, 2015.

Gloria M. Navarro, Chief Judge
United States District Court